*Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for the United States.

No. 665. CHESBRO ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Samuel B. Groner* and *Harold Fein* for petitioners. *Solicitor General Sobeloff, Acting Assistant Attorney General Rice, Harry Baum* and *S. Dee Hanson* for respondent.

No. 666. FREEMAN *v.* SUSSIN CORPORATION ET AL. C. A. 7th Cir. Certiorari denied. *Francis B. Stine* for petitioner. *Harry C. Kinne* for the Sussin Corporation, and *Benjamin F. Morrison* for Parkin, respondents.

No. 668. COLE ET AL. *v.* FAIRVIEW DEVELOPMENT, INC. ET AL. C. A. 9th Cir. Certiorari denied. *Bailey E. Bell* for petitioners.

No. 670. McVAY *v.* PENNSYLVANIA EX REL. McVAY. Supreme Court of Pennsylvania, Western District. Certiorari denied. *Thomas W. Pomeroy, Jr.* for petitioner. *Dane Critchfield* for respondent.

No. 671. DWYER ET AL., TRUSTEES, *v.* FRANKLIN. C. A. 7th Cir. Certiorari denied. *J. G. Shehee* for petitioners. *Jacob B. Courshon* for respondent.

No. 673. SQUIRREL BRAND CO. *v.* BARNARD NUT CO., INC. C. A. 5th Cir. Certiorari denied. *Cedric W. Porter* and *Francis C. Browne* for petitioner. *Ben Paul Noble* for respondent.